UNITED STATES BANKRUPTCY COURT

District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo

Cn 4853

Trenton, NJ  08650

(609) 587-6888

In re:

Robert Scott Albanowski

Teri Ann Albanowski

Debtor(s)

**Order Filed on July 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-34217 / KCF

Hearing Date:  06/28/2017

Judge: Kathryn C. Ferguson

Chapter: 13

## ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: July 7, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The plan of the debtor having been proposed to creditors, and a hearing having been held on the

confirmation of such plan, and it appearing that the applicable provisions of the Bankruptcy Code have

been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 12/22/2016, or the last amended plan of

the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance

with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of  60

months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following

schedule, which payments shall include commission and expenses of the Standing Trustee in accordance

with 28 U.S.C. § 586:

$500.00 for 60 months beginning 01/01/2017

**ORDERED** that the case is confirmed with a calculated plan funding of $30,000.00, which includes a

minimum $4,933.00 dividend to general unsecured creditors due to non-exempt equity in property.

**ORDERED**   that the Standing Trustee shall be authorized to submit, ex-parte, an Amended

Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed.

R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b)

Statement.  Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13

plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-34217-KCF
Robert Scott Albanowski                                         Chapter 13
Teri Ann Albanowski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: Jul 07, 2017
                             Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
db/jdb        +Robert Scott Albanowski,   Teri Ann Albanowski,   108 Bordentown-Hedding Rd.,
               Bordentown, NJ 08505-4707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Brian C. Nicholas   on behalf of Creditor   QUICKEN LOANS INC. bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Bruce C. Truesdale   on behalf of Debtor Robert Scott Albanowski brucectruesdalepc@gmail.com,
         bctpcecf@gmail.com;r49787@notify.bestcase.com
        Bruce C. Truesdale   on behalf of Joint Debtor Teri Ann Albanowski brucectruesdalepc@gmail.com,
         bctpcecf@gmail.com;r49787@notify.bestcase.com
        Denise E. Carlon   on behalf of Creditor   QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 6