UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRUCE C. TRUESDALE, P.C.
147 Union Avenue – Suite 1E
Middlesex, New Jersey 08846
BY: Bruce C. Truesdale, Esq. (BC 0928)
Phone: 732-302-9600
Fax: 732-302-9066
Attorney for Debtor[s]
_____

In Re:

ROBERT SCOTT ALBANOWSKI

TERI ANN ALBANOWSKI

Case No.:         16-34217

Chapter:          13

Adv. No.:

Hearing Date:  10/27/21

Judge:            MBK

## CERTIFICATION OF SERVICE

1. I, Sarah A. Vanderstreet:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for the attorney, who represents the debtors in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On September 29, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Application for Compensation for Bruce C. Truesdale, Debtor's Attorney

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/29/21                    /s/ Sarah A. Vanderstreet
                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee<br>District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Honda Finance Corp.<br>PO Box 168088<br>Irving, TX 75016-8088<br>(address as per POC) | Secure Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ACAR Leasing TLD d/b/a GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096<br>(address as per POC) | Secure Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ACAR Leasing TLD d/b/a GM Financial Leasing<br>c/o John R. Morton, Jr., Esq.<br>Morton & Craig, LLC<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057 | Secure Creditor Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Quicken Loans, Inc.<br>635 Woodward Avenue<br>Detroit, MI 48226<br>(address as per POC) | Secure Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quicken Loans, Inc.<br>c/o Denise Carlon, Esq. & Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108 | Secure Creditor Attorneys | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A. Home Equity Group<br>1 Home Campus X2303-01A<br>Des Moines, IA 50328-0001<br>(address as per POC) | Secure Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank Of America<br>Royal Caribbean International<br>PO Box 982238<br>El Paso, TX 79998 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank Of America<br>PO Box 982238<br>El Paso, TX 79998 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Barclay's Bank Delaware<br>c/o Portfolio Recovery Assocs., Inc.<br>PO Box 41067<br>Norfolk, VA 23541<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank, NA<br>c/o Portfolio Recovery Assocs., Inc.<br>PO Box 41067<br>Norfolk, VA 23541<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comenity Capital Bank/Lending Club<br>PO Box 182120<br>Columbus, OH 43218 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DSRM National Bank/Diamond Sham<br>c/o Creditors Bankruptcy Service<br>PO Box 800849<br>Dallas, TX 75380<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One, NA<br>c/o Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>  (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Comenity Capital Bank/Lending Club<br>PO Box 182120<br>Columbus, OH 43218 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lorraine Novatkowski<br>479 Independence Avenue<br>Trenton, NJ 08610 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank/PayPal<br>c/o Midland Credit Management, Inc. as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SYNCB/Toysrus DC<br>PO Box 965005<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrony Bank/Care Credit<br>c/o Cavalry SPV I, LLC<br>500 Summer Lake Drive<br>Suite 400<br>Valhalla, NY 10595<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank/Lowes<br>c/o Midland Credit Management, Inc. as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| The Home Depot/CBNA<br>c/o Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Card Services<br>c/o Wells Fargo Bank, NA<br>PO Box 10438 MAC F8235-02F<br>Des Moines, IA 50306-0438<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert Scott & Teri Ann Albanowski<br>108 Bordentown-Hedding Road<br>Bordentown, NJ 08505 | Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |