Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  16−34217−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert Scott Albanowski
108 Bordentown−Hedding Rd.
Bordentown, NJ 08505

Teri Ann Albanowski
108 Bordentown−Hedding Rd.
Bordentown, NJ 08505

Social Security No.:
 xxx−xx−6150

 xxx−xx−5963

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       10/27/21
Time:       01:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Bruce C. Truesdale, Debtor's Attorney,

COMMISSION OR FEES
fee: $2517.50

EXPENSES
expenses: $9.80

---

If this is a chapter 13 case, the fees and expenses awarded:

☐      will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☑      will reduce the amount to be paid to general unsecured
        creditors under the plan as follows: Lowered Pro Rata Dividend

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 28, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 16-34217-MBK

Robert Scott Albanowski                                                                    Chapter 13

Teri Ann Albanowski
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: 137 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Scott Albanowski, Teri Ann Albanowski, 108 Bordentown-Hedding Rd., Bordentown, NJ 08505-4707 |
| 516560807 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corp, 201 Little Falls Dr, Wilmington, DE 19808 |
| 516560808 | + | American Honda Finance Group, 201 Little Falls Drive, Wilmington, DE 19808-1674 |
| 516560809 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, PO Box 982238, El Paso, TX 79998 |
| 516560810 | + | Barclay's Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 516709646 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516636591 | + | DSRM NATL BK/Diamond Sham, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516560814 | | DSRM National Bank, PO Box 631, Amarillo, TX 79105-0631 |
| 516560815 | | GM Financial, PO Box 1811145, Arlington, TX 76096-1145 |
| 516560818 | + | Lorraine Novatkowski, 479 Independence Ave, Trenton, NJ 08610-5705 |
| 516560825 | + | Wells Fargo Bank, PO Box 3117, Winston Salem, NC 27102-3117 |
| 516790784 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516643161 | | Wells Fargo Bank, N.A., Home Equity Group, 1 Home Campus MAC X2303-01A, Des Moines, IA 50328-0001 |
| 516560826 | + | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2021 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2021 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2021 20:39:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 516586893 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 28 2021 20:39:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 516582446 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 28 2021 20:39:00 | American Honda Finance Corporation, P.O. Box 168088, Irving, TX 75016-8088 |
| 516762689 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 28 2021 20:45:11 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516560811 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2021 20:45:21 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516768287 | + | Email/Text: bankruptcy@cavps.com | Sep 28 2021 20:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516560813 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2021 20:39:00 | Comenity Capital Bank/Lending Club, PO Box 182120, Columbus, OH 43218-2120 |

District/off: 0312-3                           User: admin                                Page 2 of 3
Date Rcvd: Sep 28, 2021                        Form ID: 137                               Total Noticed: 42

| 516560812 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 28 2021 20:45:21 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
|---|---|---|---|
| 516560816 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 28 2021 20:39:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 516560817 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 28 2021 20:39:00 | Lending Club Patient Solutions, Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 516746522 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2021 20:39:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516819831 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2021 20:45:10 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator Red, POB 41067, Norfolk VA 23541 |
| 516819352 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2021 20:45:16 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516819371 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2021 20:45:10 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |
| 516819834 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2021 20:45:22 | Portfolio Recovery Associates, LLC, c/o RCI Elite Rewards, POB 41067, Norfolk VA 23541 |
| 516819327 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2021 20:45:10 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516819346 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2021 20:45:15 | Portfolio Recovery Associates, LLC, c/o Upromise, POB 41067, Norfolk VA 23541 |
| 516668071 | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2021 20:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516667451 | Email/Text: bnc-quantum@quantum3group.com | Sep 28 2021 20:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516638563 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 28 2021 20:39:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 516560819 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 28 2021 20:39:00 | Quicken Loans*, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 516560820 | + Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:09 | SYNCB/Paypal Extras MC, PO Box 965005, Orlando, FL 32896-5005 |
| 516560821 | + Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:14 | Syncb/Toysrus DC, PO Box 965005, Orlando, FL 32896-5005 |
| 516560822 | + Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:14 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 516560823 | + Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 20:45:14 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 516560824 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2021 20:45:11 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0312-3                              User: admin                                    Page 3 of 3
Date Rcvd: Sep 28, 2021                          Form ID: 137                                Total Noticed: 42

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021                        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:**

**Name**                    **Email Address**

Albert Russo
                            docs@russotrustee.com

Brian C. Nicholas
                            on behalf of Creditor QUICKEN LOANS INC. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Bruce C. Truesdale
                            on behalf of Debtor Robert Scott Albanowski brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com

Bruce C. Truesdale
                            on behalf of Joint Debtor Teri Ann Albanowski brucectruesdalepc@gmail.com
                            bctpcecf@gmail.com;r49787@notify.bestcase.com

Denise E. Carlon
                            on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                            on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John R. Morton, Jr.
                            on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Michael M Khalil
                            on behalf of Debtor Robert Scott Albanowski mkhalilecf@gmail.com

Michael M Khalil
                            on behalf of Joint Debtor Teri Ann Albanowski mkhalilecf@gmail.com

Rebecca Ann Solarz
                            on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11